# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Mynor Abdiel Tun-Cos, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-00943-AJT-TCB |
| B. Perrotte, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mynor Abdiel Tun-Cos and Jose Pajarito Saput

Date: 08/24/2017

*Attorney's signature*

Daniel E. Johnson - VSB 88696
*Printed name and bar number*

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
*Address*

dejohnson@cov.com
*E-mail address*

(202) 662-5224
*Telephone number*

(202) 778-5224
*FAX number*