Reset Form    Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  1:17-cv-00943  , Case Name  Tun-Cos et al. v. Perrotte et al.
Party Represented by Applicant: Mynor Abdiel Tun-Cos and Jose Pajarito Saput

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Mark H. Lynch
Bar Identification Number 193110    State District of Columbia
Firm Name Covington & Burling LLP
Firm Phone # 202-662-6000    Direct Dial # 202-662-5544    FAX # 202-662-6291
E-Mail Address mlynch@cov.com
Office Mailing Address 850 Tenth Street, NW, Washington, D.C. 20001-4956

Name(s) of federal court(s) in which I have been admitted See attachment

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    8/28/2017 (Date)
Daniel Edward Johnson    88696
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:
Clerk's Fee Paid ✓    or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

/s/
Anthony J. Trenga
United States District Judge
(Judge's Signature)    Aug. 31, 2017
(Date)

| MARK H. LYNCH BAR ADMISSIONS ||
|---|---|
| **COURT** | **ADMISSION DATE** |
| U.S. District Court for District of Columbia | 02/03/1975 |
| U.S. Supreme Court | 12/04/1978 |
| DC Court of Appeals | 06/07/1974 |
| U.S. Court of Appeals, DC Circuit | 02/06/1975 |
| U.S. Court of Appeals, Fourth Circuit | 11/07/1978 |
| U.S. Court of Appeals, Sixth Circuit | 09/14/1987 |
| U.S. Court of Appeals, Seventh Circuit | 03/10/1995 |
| U.S. Court of Appeals, Eighth Circuit | 04/13/1994 |
| U.S. Court of Appeals, Ninth Circuit | 07/03/1990 |
| U.S. Court of Appeals, Tenth Circuit | 07/23/2002 |