UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MYNOR ABDIEL TUN-COS, and JOSÉ PAJARITO SAPUT, <br><br> Plaintiffs, <br><br> v. <br><br> B. PERROTTE, T. OSBORNE, D. HUN YIM, P. MANNEH, and A. NICHOLS, ICE AGENTS <br><br> Defendants. | Case No.: 1:17-cv-00943-AJT-TCB |

## NOTICE OF SERVICE OF SUMMONS AND COMPLAINT

As shown in the attached affidavit and accompanying exhibits, the Summons and Complaint were served on Defendants (through U.S. Immigration and Customs Enforcement Office of the Principal Legal Advisory, who agreed to accept service on behalf of the Defendants), the U.S. Attorney for the Eastern District of Virginia, and the U.S. Attorney General.

Dated: September 22, 2017         Respectfully submitted,

By: ____/s/_____

Daniel E. Johnson (VSB No. 88696)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC  20001
(202) 662-5224
dejohnson@cov.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document will be served on Defendants via certified mail sent to: Kate M. Manuel, Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Room 9046, Washington, D.C. 20536.

_____/s/_____

Daniel E. Johnson