# EXHIBIT A

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Virginia

**Mynor Abdiel Tun-Cos**

    Plaintiff(s),

vs.

**B. Perrotte, et al**

    Defendant(s).

Attorney: Daniel E. Johnson

Covington & Burling LLP
One City Center, 850 10th St., NW, #744S
Washington DC 20001


*219603*

Case Number: 1:17-cv-00943-AJT-TCB

Legal documents received by Same Day Process Service, Inc. on **09/01/2017** at **11:27 AM** to be served upon **Civil Process Clerk, US Attorney's Office, Eastern District of Virginia, Alexandria Division**, at **2100 Jamieson Ave., Alexandria, VA, 22314**

I, **Dylan Rogers**, swear and affirm that on **September 01, 2017** at **3:01 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Civil Cover Sheet; Complaint;** to **Felicia Taylor** as **Legal Assistant & Authorized Agent** at **2100 Jamieson Ave. , Alexandria, VA 22314** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5'4 Weight: 180 Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Dylan Rogers**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:219603



District of Columbia: SS
Subscribed and Sworn to before me
this __6__ day of __September__, 2017

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



