**EXHIBIT C**

# Grant, Daniel

| | |
|---|---|
| **From:** | Johnson, Dan |
| **Sent:** | Tuesday, September 05, 2017 11:47 AM |
| **To:** | Grant, Daniel |
| **Subject:** | FW: Service of Process-Tun-Cos v. Perrotte, No. 17-943 (E.D. Va. filed Aug. 23, 2017) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dan,

Please see below.

**Daniel E. Johnson**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5224 | dejohnson@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

From: Manuel, Kate M [mailto:Kate.M.Manuel@ice.dhs.gov]
Sent: Tuesday, September 05, 2017 11:33 AM
To: simon@justice4all.org; nicholas@justice4all.org; Johnson, Dan <DEJohnson@cov.com>
Subject: Service of Process-Tun-Cos v. Perrotte, No. 17-943 (E.D. Va. filed Aug. 23, 2017)

Dear Mr. Sandoval-Moshenberg, Mr. Marritz, and Mr. Johnson,

I am an attorney with ICE's Office of the Principal Legal Advisor (OPLA), District Court Litigation Division (DCLD). I am handling the requests for Department of Justice representation of the five ICE defendants named in the above-referenced lawsuit, B. Perrotte, T. Osborne, D. Hun Yim, P. Manneh, and A. Nichols.

Please be aware each of these defendants, B. Perrotte, T. Osborne, D. Hun Yim, P. Manneh, and A. Nichols, has requested in writing that I receive service of process on their behalf.

Please note that Rule 4(i)(3), rather than Rule 4(d), governs service on a United States officer or employee sued in an individual capacity.

Service may be effectuated by certified mail delivery of a summons and complaint, addressed to me, at the contact location provided in my signature block below. I can also accept service by process server.

Sincerely,

Kate

**Kate M. Manuel | Associate Legal Advisor**
**District Court Litigation Division**
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
500 12th Street, SW
Room 9046
Washington, D.C. 20536
Direct: (202) 732-4092
Fax: (202) 732-5346



U.S. Immigration
and Customs
Enforcement

**Attorney/Client Privilege \*\*\*Attorney Work Product**
This document contains confidential and/or sensitive attorney/client privileged information or attorney work product and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY. FOIA exempt under 5 U.S.C. § 552(b)(5).