

**EXHIBIT D**

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Virginia

**Mynor Abdiel Tun-Cos, et al**

        Plaintiff(s),

VS.

**B. Perrotte, et al**

        Defendant(s).

Attorney: Daniel E. Johnson

Covington & Burling LLP
One City Center, 850 10th St., NW, #744S
Washington DC 20001



*219693*

**Case Number: 1:17-cv-00943-AJT-TCB**

Legal documents received by Same Day Process Service, Inc. on **09/05/2017** at **3:24 PM** to be served upon **T. Osborne, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046, Washington, DC 20536**

I, **Andre Howard**, swear and affirm that on **September 06, 2017** at **4:20 PM**, I did the following:

Served **T. Osborne, ICE Agent** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint** to **Kate Manuel** as **Associate Legal Advisor & Authorized Agent** of T. Osborne, ICE Agent at **Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046 , Washington, DC 20536**.

**Description of Person Accepting Service:**
Sex: Female Age: 40 Height: 5'10 Weight: 150 Skin Color: Caucasian Hair Color: Brunette

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Andre Howard**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

**(202)-398-4200**

Internal Job ID: **219693**

District of Columbia: SS
Subscribed and Sworn to before me

this ___12___ day of ___September___ , 2017

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Virginia

**Mynor Abdiel Tun-Cos, et al**

Plaintiff(s),

VS.

**B. Perrotte, et al**

Defendant(s).

Attorney: Daniel E. Johnson

Covington & Burling LLP
One City Center, 850 10th St., NW, #744S
Washington DC 20001



**\*219692\***

**Case Number: 1:17-cv-00943-AJT-TCB**

Legal documents received by Same Day Process Service, Inc. on **09/05/2017** at **3:23 PM** to be served upon **P. Manneh, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046, Washington, DC 20536**

I, **Andre Howard**, swear and affirm that on **September 06, 2017** at **4:20 PM**, I did the following:

Served **P. Manneh, ICE Agent** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint** to **Kate Manuel** as **Associate Legal Advisor & Authorized Agent** of **P. Manneh, ICE Agent** at **Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046 , Washington, DC 20536**.

**Description of Person Accepting Service:**
Sex: Female Age: 40 Height: 5'10 Weight: 150 Skin Color: Caucasian Hair Color: Brunette

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Andre Howard**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID: **219692**

District of Columbia: SS
Subscribed and Sworn to before me

this __11__ day of __September__ , __2017__

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Virginia

**Mynor Abdiel Tun-Cos, et al**

      Plaintiff(s),

VS.

**B. Perrotte, et al**

      Defendant(s).

Attorney: Daniel E. Johnson

Covington & Burling LLP
One City Center, 850 10th St., NW, #744S
Washington DC 20001


*219691*

**Case Number: 1:17-cv-00943-AJT-TCB**

Legal documents received by Same Day Process Service, Inc. on **09/05/2017** at **3:23 PM** to be served upon **D. Hun Yim, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046, Washington, DC 20536**

I, **Andre Howard**, swear and affirm that on **September 06, 2017** at **4:20 PM**, I did the following:

Served **D. Hun Yim, ICE Agent** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint** to **Kate Manuel** as **Associate Legal Advisor & Authorized Agent** of **D. Hun Yim, ICE Agent** at **Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046 , Washington, DC 20536**.

**Description of Person Accepting Service:**
Sex: Female Age: 40 Height: 5'10 Weight: 150 Skin Color: Caucasian Hair Color: Brunette

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Andre Howard**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID: **219691**

District of Columbia: SS
Subscribed and Sworn to before me
this _12_ day of _September_, 2017

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Virginia

**Mynor Abdiel Tun-Cos, et al**

       Plaintiff(s),

VS.

**B. Perrotte, et al**

       Defendant(s).

Attorney: Daniel E. Johnson

Covington & Burling LLP
One City Center, 850 10th St., NW, #744S
Washington DC 20001



*219690*

**Case Number: 1:17-cv-00943-AJT-TCB**

Legal documents received by Same Day Process Service, Inc. on **09/05/2017** at **3:22 PM** to be served upon **B. Perrotte, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046, Washington, DC 20536**

I, **Andre Howard**, swear and affirm that on **September 06, 2017 at 4:20 PM**, I did the following:

Served **B. Perrotte, ICE Agent** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint** to **Kate Manuel** as **Associate Legal Advisor & Authorized Agent** of B. Perrotte, ICE Agent at **Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046 , Washington, DC 20536**.

**Description of Person Accepting Service:**
Sex: Female Age: 40 Height: 5'10 Weight: 150 Skin Color: Caucasian Hair Color: Brunette

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Andre Howard**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

(202)-398-4200

Internal Job ID: **219690**

District of Columbia: SS
Subscribed and Sworn to before me
this 12 day of _September_, 2017

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Virginia

**Mynor Abdiel Tun-Cos, et al**

      Plaintiff(s),

VS.

**B. Perrotte, et al**

      Defendant(s).

Attorney: Daniel E. Johnson

Covington & Burling LLP
One City Center, 850 10th St., NW, #744S
Washington DC 20001



*219689*

**Case Number: 1:17-cv-00943-AJT-TCB**

Legal documents received by Same Day Process Service, Inc. on **09/05/2017** at **3:22 PM** to be served upon **A. Nichols, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046, Washington, DC 20536**

I, **Andre Howard**, swear and affirm that on **September 06, 2017** at **4:20 PM**, I did the following:

Served **A. Nichols, ICE Agent** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint** to Kate Manuel as **Associate Legal Advisor & Authorized Agent** of A. Nichols, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046 , Washington, DC 20536.

**Description of Person Accepting Service:**
Sex: Female Age: 40 Height: 5'10 Weight: 150 Skin Color: Caucasian Hair Color: Brunette

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Andre Howard**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: **219689**



District of Columbia: SS
Subscribed and Sworn to before me
this 12 day of Septmb , 2017

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



