UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MYNOR ABDIEL TUN-COS, and JOSÉ PAJARITO SAPUT, <br><br> Plaintiffs, <br><br> v. <br><br> B. PERROTTE, T. OSBORNE, D. HUN YIM, P. MANNEH, and A. NICHOLS, ICE AGENTS <br><br> Defendants. | Case No.: 1:17-cv-00943-AJT-TCB |

## NOTICE OF SERVICE OF SUMMONS AND COMPLAINT

As shown in the attached affidavit and accompanying exhibits, the Summons and Complaint were served on Defendants (through U.S. Immigration and Customs Enforcement Office of the Principal Legal Advisory, who agreed to accept service on behalf of the Defendants), the U.S. Attorney for the Eastern District of Virginia, and the U.S. Attorney General.

Dated: October 3, 2017

Respectfully submitted,

By: _____
Daniel E. Johnson (VSB No. 88696)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5224
dejohnson@cov.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2017, the foregoing document was served on Defendants via certified mail sent to: Kate M. Manuel, Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Room 9046, Washington, D.C. 20536.

Daniel B. Johnson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MYNOR ABDIEL TUN-COS, <br> and <br> JOSÉ PAJARITO SAPUT, <br><br> Plaintiffs, <br><br> v. <br><br> B. PERROTTE, T. OSBORNE, D. HUN YIM, <br> P. MANNEH, and A. NICHOLS, <br> ICE AGENTS <br><br> Defendants. | Case No.: 1:17-cv-00943-AJT-TCB |

## AFFIDAVIT OF SERVICE

I, Daniel T. Grant, do hereby certify:

1. I am not a party to the above-captioned action and I am over 18 years of age.

2. I am employed by the law firm of Covington & Burling LLP, attorneys for Plaintiffs Mynor Abdiel Tun-Cos and José Pajarito Saput. I am admitted to practice in the State of Maryland and the District of Columbia, and I have been admitted *pro hac vice* to appear before this court in this action.

3. On September 1, 2017, pursuant to Fed. R. Civ. P. 4(i)(1)(A)(i) and (3), I arranged an in-person process server to deliver a copy of the Summons and Complaint in this case to the Civil Process Clerk, United States Attorney's Office, Eastern District of Virginia, Alexandria Division, 2100 Jamieson Ave., Alexandria, VA 22314.

4. I received an affidavit from the process server declaring that service was accepted on September 1, 2017. This affidavit is stamped and dated September 6, 2017 and is attached hereto as Exhibit A.

5.  In addition, on September 1, 2017, pursuant to Fed. R. Civ. P. 4(i)(1)(B) and (3), I sent by registered mail, return receipt requested, a copy of the Summons and Complaint in this case to the U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530.

6.  I received the return receipt ("green card") from the U.S. Postal Service on September 17, 2017. It was stamped and dated as received by the U.S. Department of Justice on September 8, 2017. The return receipt is attached hereto as Exhibit B.

7.  Finally, on September 5, 2017, pursuant to Fed. R. Civ. P. 4(i)(3), 6 C.F.R. § 5.42, and the email attached hereto as Exhibit C, I arranged an in-person process server to deliver a copy of the Summons and Complaint filed in this case to Kate Manuel, Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, Room 9046, Washington, D.C. 20536, which was completed the following day. Ms. Manuel agreed to accept service on behalf of the Defendants.

8.  I received affidavits from the process server declaring that service was accepted on behalf of Defendants on September 6, 2017. These affidavits are stamped and dated September 12, 2017 and are attached hereto as Exhibit E.

9.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: October 3, 2017

By: _____

Daniel T. Grant (*Pro hac* granted August 31, 2017)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW

2

Washington, DC 20001
(202) 662-5851
dgrant@cov.com

*Counsel for Plaintiffs*