# EXHIBIT A

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Virginia

**Mynor Abdiel Tun-Cos**

    Plaintiff(s),

VS.

**B. Perrotte, et al**

    Defendant(s).

Attorney: Daniel E. Johnson

Covington & Burling LLP
One City Center, 850 10th St., NW, #744S
Washington DC 20001


*219603*

**Case Number: 1:17-cv-00943-AJT-TCB**

Legal documents received by Same Day Process Service, Inc. on **09/01/2017** at **11:27 AM** to be served upon **Civil Process Clerk, US Attorney's Office, Eastern District of Virginia, Alexandria Division, at 2100 Jamieson Ave., Alexandria, VA, 22314**

I, **Dylan Rogers**, swear and affirm that on **September 01, 2017** at **3:01 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Civil Cover Sheet; Complaint;** to **Felicia Taylor** as **Legal Assistant & Authorized Agent** at **2100 Jamieson Ave., Alexandria, VA 22314** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5'4 Weight: 180 Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Dylan Rogers**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:219603



District of Columbia: SS
Subscribed and Sworn to before me
this __6__ day of __September__, 2017

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

**EXHIBIT B**

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jefferson B. Sessions III
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-001

9590 9402 2804 7069 5764 08

2. Article Number *(Transfer from service label)*

7017 1070 0000 4110 3468

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
SEP 08 2017

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 08 2017

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

9590 9402 2804 7069 5764 08

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

950 ~S

Dan Johnson
Covington + Burling LLP
850 Tenth St. NW
Washington, DC 20001

# EXHIBIT C

# Grant, Daniel

| | |
|---|---|
| **From:** | Johnson, Dan |
| **Sent:** | Tuesday, September 05, 2017 11:47 AM |
| **To:** | Grant, Daniel |
| **Subject:** | FW: Service of Process-Tun-Cos v. Perrotte, No. 17-943 (E.D. Va. filed Aug. 23, 2017) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dan,

Please see below.

**Daniel E. Johnson**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5224 | dejohnson@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Manuel, Kate M [mailto:Kate.M.Manuel@ice.dhs.gov]
**Sent:** Tuesday, September 05, 2017 11:33 AM
**To:** simon@justice4all.org; nicholas@justice4all.org; Johnson, Dan <DEJohnson@cov.com>
**Subject:** Service of Process-Tun-Cos v. Perrotte, No. 17-943 (E.D. Va. filed Aug. 23, 2017)

Dear Mr. Sandoval-Moshenberg, Mr. Marritz, and Mr. Johnson,

I am an attorney with ICE's Office of the Principal Legal Advisor (OPLA), District Court Litigation Division (DCLD). I am handling the requests for Department of Justice representation of the five ICE defendants named in the above-referenced lawsuit, B. Perrotte, T. Osborne, D. Hun Yim, P. Manneh, and A. Nichols.

Please be aware each of these defendants, B. Perrotte, T. Osborne, D. Hun Yim, P. Manneh, and A. Nichols, has requested in writing that I receive service of process on their behalf.

Please note that Rule 4(i)(3), rather than Rule 4(d), governs service on a United States officer or employee sued in an individual capacity.

Service may be effectuated by certified mail delivery of a summons and complaint, addressed to me, at the contact location provided in my signature block below. I can also accept service by process server.

Sincerely,

Kate

1

**Kate M. Manuel | Associate Legal Advisor**
**District Court Litigation Division**
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
500 12th Street, SW
Room 9046
Washington, D.C.  20536
Direct: (202) 732-4092
Fax: (202) 732-5346



U.S. Immigration and Customs Enforcement

**Attorney/Client Privilege \*\*\*Attorney Work Product**
This document contains confidential and/or sensitive attorney/client privileged information or attorney work product and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY. FOIA exempt under 5 U.S.C. § 552(b)(5).

# EXHIBIT D

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Virginia

Mynor Abdiel Tun-Cos, et al

    Plaintiff(s),

VS.

B. Perrotte, et al

    Defendant(s).

Attorney: Daniel E. Johnson

Covington & Burling LLP
One City Center, 850 10th St., NW, #744S
Washington DC 20001



\*219693\*

**Case Number: 1:17-cv-00943-AJT-TCB**

Legal documents received by Same Day Process Service, Inc. on **09/05/2017** at **3:24 PM** to be served upon **T. Osborne, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046, Washington, DC 20536**

I, **Andre Howard**, swear and affirm that on **September 06, 2017** at **4:20 PM**, I did the following:

Served **T. Osborne, ICE Agent** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint** to Kate Manuel as Associate Legal Advisor & Authorized Agent of T. Osborne, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046, Washington, DC 20536.

**Description of Person Accepting Service:**
Sex: Female Age: 40 Height: 5'10 Weight: 150 Skin Color: Caucasian Hair Color: Brunette

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Andre Howard**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: **219693**

District of Columbia: SS
Subscribed and Sworn to before me
this __12__ day of __September__, __2017__

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Virginia

**Mynor Abdiel Tun-Cos, et al**

    Plaintiff(s),

vs.

**B. Perrotte, et al**

    Defendant(s).

Attorney: Daniel E. Johnson

Covington & Burling LLP
One City Center, 850 10th St., NW, #744S
Washington DC 20001


*219692*

**Case Number: 1:17-cv-00943-AJT-TCB**

Legal documents received by Same Day Process Service, Inc. on **09/05/2017** at **3:23 PM** to be served upon **P. Manneh, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046, Washington, DC 20536**

I, **Andre Howard**, swear and affirm that on **September 06, 2017 at 4:20 PM**, I did the following:

Served P. Manneh, ICE Agent by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint** to **Kate Manuel** as Associate Legal Advisor & Authorized Agent of P. Manneh, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046, Washington, DC 20536.

**Description of Person Accepting Service:**
Sex: Female Age: 40 Height: 5'10 Weight: 150 Skin Color: Caucasian Hair Color: Brunette

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Andre Howard**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: 219692

District of Columbia: SS
Subscribed and Sworn to before me
this _11_ day of _September_, _2017_

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Virginia

**Mynor Abdiel Tun-Cos, et al**

    Plaintiff(s),

vs.

**B. Perrotte, et al**

    Defendant(s).

Attorney: Daniel E. Johnson

Covington & Burling LLP
One City Center, 850 10th St., NW, #744S
Washington DC 20001


*219691*

**Case Number: 1:17-cv-00943-AJT-TCB**

Legal documents received by Same Day Process Service, Inc. on **09/05/2017** at **3:23 PM** to be served upon **D. Hun Yim, ICE Agent** at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046, Washington, DC 20536

I, **Andre Howard**, swear and affirm that on **September 06, 2017** at **4:20 PM**, I did the following:

Served **D. Hun Yim, ICE Agent** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint** to Kate Manuel as Associate Legal Advisor & Authorized Agent of D. Hun Yim, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046, Washington, DC 20536.

**Description of Person Accepting Service:**
Sex: Female Age: 40 Height: 5'10 Weight: 150 Skin Color: Caucasian Hair Color: Brunette

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Andre Howard**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: **219691**



District of Columbia: SS
Subscribed and Sworn to before me
this __12__ day of __September__, 2017

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Virginia

**Mynor Abdiel Tun-Cos, et al**

    Plaintiff(s),

vs.

**B. Perrotte, et al**

    Defendant(s).

Attorney: Daniel E. Johnson

Covington & Burling LLP
One City Center, 850 10th St., NW, #744S
Washington DC 20001



*219690*

**Case Number: 1:17-cv-00943-AJT-TCB**

Legal documents received by Same Day Process Service, Inc. on **09/05/2017** at 3:22 PM to be served upon **B. Perrotte, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046, Washington, DC 20536**

I, **Andre Howard**, swear and affirm that on **September 06, 2017** at 4:20 PM, I did the following:

Served **B. Perrotte, ICE Agent** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint** to Kate Manuel as Associate Legal Advisor & Authorized Agent of B. Perrotte, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046 , Washington, DC 20536.

**Description of Person Accepting Service:**
Sex: Female Age: 40 Height: 5'10 Weight: 150 Skin Color: Caucasian Hair Color: Brunette

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Andre Howard**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: 219690

District of Columbia: SS
Subscribed and Sworn to before me
this _12_ day of _September_, _2017_

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Virginia

**Mynor Abdiel Tun-Cos, et al**

    Plaintiff(s),

vs.

**B. Perrotte, et al**

    Defendant(s).

Attorney: Daniel E. Johnson

Covington & Burling LLP
One City Center, 850 10th St., NW, #744S
Washington DC 20001



*219689*

**Case Number: 1:17-cv-00943-AJT-TCB**

Legal documents received by Same Day Process Service, Inc. on **09/05/2017** at **3:22 PM** to be served upon **A. Nichols, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046, Washington, DC 20536**

I, **Andre Howard**, swear and affirm that on **September 06, 2017** at **4:20 PM**, I did the following:

Served **A. Nichols, ICE Agent** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint** to Kate Manuel as Associate Legal Advisor & Authorized Agent of A. Nichols, ICE Agent at Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, 500 12th St., SW, RM 9046, Washington, DC 20536.

**Description of Person Accepting Service:**
Sex: Female Age: 40 Height: 5'10 Weight: 150 Skin Color: Caucasian Hair Color: Brunette

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Andre Howard**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: **219689**

District of Columbia: SS
Subscribed and Sworn to before me
this _12_ day of _September_, _2017_

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021