**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| TUN-COS, *et. al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-cv-00943-AJT-TCB |
| | ) | |
| PERROTTE, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is given that Hallie Nodgaard Ryan, of the Legal Aid Justice Center, hereby enters

her appearance on behalf of Plaintiffs in the above-referenced matter.

I certify that I am admitted to practice in this Court.


Respectfully submitted,



*/s/ Hallie Nodgaard Ryan*
Hallie Nodgaard Ryan
VSB No. 85927
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 226-3426 (phone)
(703) 778-3454 (fax)
hallie@justice4all.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys for Defendants.

/s/ Hallie Nodgaard Ryan
Hallie Nodgaard Ryan
VSB No. 85927
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 226-3426 (phone)
(703) 778-3454 (fax)
hallie@justice4all.org