IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MYNOR ABDIEL TUN-COS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| *v.* ) | Civil Action No. 1:17-cv-943 |
| ) | |
| B. PERROTTE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER** (proposed)

Having reviewed the Defendants' Motion to Dismiss, and any responses thereto, it is hereby

ORDERED that the Defendants' motion is GRANTED.

It is FURTHER ORDERED that Plaintiffs' claims for relief are DISMISSED with prejudice.

Dated: _____ _____
UNITED STATES DISTRICT JUDGE