UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **MYNOR ABDIEL TUN-COS,** <br> **JOSÉ PAJARITO SAPUT,** <br><br> Plaintiffs, <br><br> v. <br><br> **B. PERROTTE, T. OSBORNE, D. HUN YIM,** <br> **P. MANNEH, and A. NICHOLS,** <br> **ICE AGENTS** <br><br> Defendants. | Case No.: 1:17-cv-00943 (AJT-TCB) |

## JOINT MOTION TO AMEND BRIEFING AND PRETRIAL SCHEDULE

Plaintiffs Mynor Abdiel Tun-Cos and José Pajarito Saput will file an amended complaint under Federal Rule of Civil Procedure 15(a)(1)(B), amending their complaint and adding additional Plaintiffs. In light of this, the parties have agreed on proposed revisions to the briefing and pretrial schedule. Accordingly, the parties jointly propose the following revised schedule:

- Plaintiffs will file their Amended Complaint by: November 16, 2017.

- Defendants' Motion to Dismiss the Amended Complaint due by: December 15, 2017.

- Plaintiffs' Response in Opposition to Motion to Dismiss due by: January 5, 2018.

- Defendants' Reply due by: January 12, 2018.

- Arguments to be heard on: February 2, 2018.

In light of the above agreed schedule, the parties respectfully request that the hearing currently scheduled for December 8, 2017, be removed from the docket.

Moreover, the parties jointly request that the scheduling order entered by the Court on November 8, 2017, [Dkt. #22], be withdrawn pending the resolution of Defendants' Motion to

Dismiss, in which Defendants anticipate raising qualified immunity as a defense.  The parties also request that all pretrial obligations be deferred until such time, and that a new scheduling order be issued after resolution of the Motion to Dismiss, if necessary.  In that regard, the Defendants wish to refer the Court to *Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985) ("Unless the plaintiff's allegations state a claim of a violation of clearly established law, the defendant is entitled to qualified immunity before the commencement of discovery."). Defendants reserve the right to seek a further deferral of pretrial obligations pending any appeal..

        A proposed order is attached.


Dated:  November 16, 2017         Respectfully submitted,


By: _____//s//_____
Simon Y. Sandoval-Moshenberg (VSB No. 77110)
Hallie Ryan (VSB No. 85927)
Nicholas Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA  22041
(703) 720-5605
simon@justice4all.org
hallie@justice4all.org
nicholas@justice4all.org

Daniel E. Johnson (VSB No. 88696)
Mark H. Lynch (*pro hac vice*)
José E. Arvelo (*pro hac vice*)
Brandon H. Johnson (*pro hac vice*)
Daniel T. Grant (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001
(202) 662-5224
dejohnson@cov.com

*Counsel for Plaintiffs*

/s/ _____
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov


Paul E. Werner
Trial Attorney
Civil Division, Torts Branch
P.O. Box 7146 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4152
Fax: (202) 616-4134
E-Mail: paul.werner@usdoj.gov

Attorneys for the Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2017, I uploaded the foregoing document, as well as all attachments thereto, to this court's CM/ECF System, which caused a Notice of Electronic Filing (NEF) to be sent to:

Dennis C. Barghaan, Jr.
Deputy Chief, Civil Division, Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
e-mail: dennis.barghaan@usdoj.gov.

**LEGAL AID JUSTICE CENTER**

By: _____//s//_____
Simon Y. Sandoval-Moshenberg (VSB No. 77110)
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 720-5605
simon@justice4all.org