UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **MYNOR ABDIEL TUN-COS,** ) | |
| **JOSÉ PAJARITO SAPUT,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 1:17-cv-00943 (AJT-TCB) |
| v. ) | |
| ) | |
| **B. PERROTTE, T. OSBORNE, D. HUN YIM,** ) | |
| **P. MANNEH, and A. NICHOLS,** ) | |
| **ICE AGENTS** ) | |
| ) | |
| Defendants. ) | |

### [Proposed] ORDER AMENDING BRIEFING AND PRETRIAL SCHEDULE

It is hereby ORDERED that the briefing schedule be amended as follows:

- Defendants' Motion to Dismiss the Amended Complaint due by: December 15, 2017.

- Plaintiffs' Response in Opposition to Motion to Dismiss due by: January 5, 2018.

- Defendants' Reply due by: January 12, 2018.

- Arguments to be heard on: February 2, 2018.

It is further ORDERED that the hearing currently scheduled for December 8, 2017, be removed from the docket.

It is further ORDERED that the scheduling order entered by the Court on November 8, 2017, [Dkt. #22], be withdrawn pending the resolution of Defendants' Motion to Dismiss, and all pretrial obligations be deferred until such time, and that a new scheduling order be issued after resolution of the Motion to Dismiss, if necessary.

The Clerk is directed to forward copies of this Order to all counsel of record.

                                                                                                              _____
                                                                                                              Anthony J. Trenga  
                                                                                                              United States District Judge

Alexandria, Virginia  
November \_\_\_, 2017