UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **MYNOR ABDIEL TUN-COS,** <br> **JOSÉ PAJARITO SAPUT,** <br> <br> Plaintiffs, <br> <br> v. <br> <br> **B. PERROTTE, T. OSBORNE, D. HUN YIM,** <br> **P. MANNEH, and A. NICHOLS,** <br> **ICE AGENTS** <br> <br> Defendants. | Case No.: 1:17-cv-00943 (AJT-TCB) |

## NOTICE OF WAIVER OF ORAL ARGUMENT ON
## JOINT MOTION TO AMEND BRIEFING AND PRETRIAL SCHEDULE

Pursuant to Local Rule 7(E), the undersigned counsel hereby waive oral argument on their Joint Motion to Amend Briefing and Pretrial Schedule [Dkt. #23].

Dated: November 16, 2017

Respectfully submitted,

By: _____//s//_____
Simon Y. Sandoval-Moshenberg (VSB No. 77110)
Hallie Ryan (VSB No. 85927)
Nicholas Marritz (VSB No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 720-5605
simon@justice4all.org
hallie@justice4all.org
nicholas@justice4all.org

Daniel E. Johnson (VSB No. 88696)
Mark H. Lynch (*pro hac vice*)
José E. Arvelo (*pro hac vice*)
Brandon H. Johnson (*pro hac vice*)
Daniel T. Grant (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001
(202) 662-5224
dejohnson@cov.com

*Counsel for Plaintiffs*

/s/_____
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov


Paul E. Werner
Trial Attorney
Civil Division, Torts Branch
P.O. Box 7146 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4152
Fax: (202) 616-4134
E-Mail: paul.werner@usdoj.gov

Attorneys for the Defendants

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 16, 2017, I uploaded the foregoing document, as well as all attachments thereto, to this court's CM/ECF System, which caused a Notice of Electronic Filing (NEF) to be sent to:

Dennis C. Barghaan, Jr.
Deputy Chief, Civil Division, Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
e-mail: dennis.barghaan@usdoj.gov.

      **LEGAL AID JUSTICE CENTER**

By: _____//s//_____
Simon Y. Sandoval-Moshenberg (VSB No. 77110)
6066 Leesburg Pike, Suite 520
Falls Church, VA  22041
(703) 720-5605
simon@justice4all.org