IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MYNOR ABDIEL TUN-COS, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>*v.* )<br>)<br>B. PERROTTE, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:17-cv-943 |

### **ORDER** (proposed)

It is hereby ORDERED that the briefing schedule be amended as follows:

- Defendants' motion under Rules 20 and 21 is due by: November 27, 2017.

- Plaintiffs' response in opposition is due by: December 11, 2017.

- Defendants' reply is due by: December 18, 2017.

- Arguments to be heard on: December 22, 2017.

- Defendants' Motion to Dismiss due by: January 16, 2018.

- Plaintiffs' response in opposition to the Motion to Dismiss is due by: February 6, 2018.

- Defendants' reply to the Motion to Dismiss is due by: February 13, 2018.

- Arguments on the Motion to Dismiss to be heard on: February 23, 2018.

It is further ORDERED that the scheduling order entered by the Court on November 8, 2017 [Dkt. #22] be withdrawn pending the resolution of Defendants' motion to dismiss, and all pretrial obligations be deferred until such time, and that a new scheduling order be issued after resolution of the Motion to Dismiss, and that the pretrial conference currently scheduled for November 29, 2017 be removed from the docket.

Dated: _____          _____
                                     UNITED STATES MAGISTRATE JUDGE