IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MYNOR ABDIEL TUN-COS, *et al.* )
)
    Plaintiffs, )
)
v. ) Civil Action No. 1:17-cv-943
)
B. PERROTTE, *et al.*, )
)
    Defendants. )
)

## ORDER

It is hereby ORDERED that the briefing schedule be amended as follows:

- Defendants' motion under Rules 20 and 21 is due by: November 27, 2017.

- Plaintiffs' response in opposition is due by: December 11, 2017.

- Defendants' reply is due by: December 18, 2017.

- Arguments to be heard on: December 22, 2017.

- Defendants' Motion to Dismiss due by: January 16, 2018. *or within 2 weeks of authorization to represent defendants on new claims, whichever is earlier*

- Plaintiffs' response in opposition to the Motion to Dismiss is due ~~by: February 6, 2018~~ *within 14 days thereafter*

- Defendants' reply to the Motion to Dismiss is due ~~by: February 13, 2018~~ *within 5 days thereafter*

- Arguments on the Motion to Dismiss to be heard on: ~~February 23, 2018~~ *the following Friday.*

It is further ORDERED that the scheduling order entered by the Court on November 8, 2017 [Dkt. #22] be withdrawn pending the resolution of Defendants' motion to dismiss, and all pretrial obligations be deferred until such time, and that a new scheduling order be issued after resolution of the Motion to Dismiss, and that the pretrial conference currently scheduled for November 29, 2017 be removed from the docket.

Dated: 11/27/17

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

_____
UNITED STATES MAGISTRATE JUDGE