IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MYNOR ABDIEL TUN-COS, *et al.* )
)
    Plaintiffs, )
)
    *v.* ) Civil Action No. 1:17-cv-943
)
B. PERROTTE, *et al.*, )
)
    Defendants. )
)

# DEFENDANTS' MOTION TO STRIKE THE SEVEN ADDITIONAL PLAINTIFFS AND THEIR CLAIMS, OR ALTERNATIVELY, TO SEVER THOSE CLAIMS

Under Federal Rules of Civil Procedure 20(a)(1) and 21, Defendants B. Perrotte, T. Osborne, D. Hun Yim, P. Manneh, and A. Nichols[1] move this Court to strike from Plaintiffs Mynor Abdiel Tun-Cos and José Pajarito Saput's amended complaint the newly added Plaintiffs, who were not in the original complaint and who sue Defendants for a wholly separate alleged incident.[2] Alternatively, Defendants move this Court to sever the newly added Plaintiffs' claims. This motion is based on the accompanying memorandum. A proposed order is attached.

---

[1] Department of Justice representation has not been authorized for Defendants regarding the newly pled allegations and claims. *See* 28 C.F.R. § 50.15. In order for the Department of Justice to adjudicate a request for representation, the relevant agency must forward "all available factual information," along with Defendants' requests and the agency's recommendation, to the Department. *Id.* § 50.15(a)(1). Thus, undersigned counsel represents the Defendants as to the newly pled allegations and claims solely for the purposes of filing this motion.

[2] Those Plaintiffs are Luis Velasquez Perdomo, Pedro Velasquez Perdomo, Germán Velasquez Perdomo, Eder Aguilar Aritas, Eduardo Montano Fernández, Nelson Callejas Peña, and José Carcámo.

DATED this 27th day of November, 2017.

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General
Civil Division

DANA J. BOENTE
United States Attorney
Eastern District of Virginia

C. SALVATORE D'ALESSIO, Jr.
Acting Director, Torts Branch

MARY HAMPTON MASON
Senior Trial Counsel

_____/s/_____
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov

Paul E. Werner
Trial Attorney
Civil Division, Torts Branch
P.O. Box 7146 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4152
Fax: (202) 616-4134
E-Mail: paul.werner@usdoj.gov

Attorneys for the Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to:

Simon Y. Sandoval-Moshenberg
VA Bar No. 77110
Nicholas Marritz
VA Bar No. 89795
Legal Justice Aid Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: (703) 720-5605
E-Mail: simon@justice4all.org; nicholas@justice4all.org

Daniel E. Johnson
VA Bar No. 88696
Mark H. Lynch (*pro hac vice*)
Jose E. Arvelo (*pro hac vice*)
Brandon H. Johnson (*pro hac vice*)
Daniel T. Grant (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5224
E-Mail: dejohnson@cov.com

        /s/
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov