IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MYNOR ABDIEL TUN-COS, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> *v.* ) <br> ) <br> B. PERROTTE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:17-cv-943 |

**ORDER** (proposed)

Having reviewed the Defendants' Motion to Strike the Seven Newly Added Plaintiffs, or Alternatively, to Sever Their Claims, and any responses thereto, it is hereby

ORDERED that the Defendants' motion is GRANTED.

It is FURTHER ORDERED that Plaintiffs Luis Velasquez Perdomo, Pedro Velasquez Perdomo, Germán Velasquez Perdomo, Eder Aguilar Aritas, Eduardo Montano Fernández, Nelson Callejas Peña, and José Carcámo are HEREBY STRICKEN from this action.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE