IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MYNOR ABDIEL TUN-COS, *et al.*    )
    )
    Plaintiffs,    )
    )
    v.    ) Civil Action No. 1:17-cv-943(AJT/TCB)
    )
B. PERROTTE, *et al.*    )
    )
    )
    Defendants.    )
    )

## ORDER

Presently pending before the Court is Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim [Doc. No. 19] ("the Motion"). On November 25, 2017, Plaintiffs filed an Amended Complaint [Doc. No. 25]. Accordingly, it is hereby

ORDERED that Defendants' Motion to Dismiss be, and the same hereby is, DENIED without prejudice as moot; and it hereby

ORDERED that the hearing on Defendants' Motion to Dismiss [Doc. No. 9], currently scheduled for Friday, December 8, 2017 be, and the same hereby is, CANCELLED.

Defendants shall answer, move, or otherwise respond to the Amended Complaint in accordance with the applicable rules.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 4, 2017