## ** CIVIL MOTION MINUTES **

Date: **12/22/2017**              Judge:  **Trenga/JFA**
Time: **10:39 - 10:49**            Reporter:  **R. Montgomery**

Civil Action Number: **1:17-cv-943**

### MYNOR ABDIEL TUN-COS, et al

### V.

### B. PERROTTE, et al

Appearances of Counsel for Plaintiff and Defendant

Motion to/for:
Motion to Strike the Seven Additional Plaintiffs, or Alternatively, to Sever Those Claims re [25] Amended Complaint [28] by deft.

Argued &
( ) Granted      (**X**) Denied w/out prejudice      ( ) Granted in part/Denied in part
( ) Taken Under Advisement       ( ) Continued to

(**X**) Order to Follow

Pltf.:  Hallie Ryan                          Deft.:  Dennis Barghaan, Jr.
        Simon Sandoval-Moshenberg                    Paul Werner