IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MYNOR ABDIEL TUN-COS, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>B. PERROTTE, *et al.* )<br>)<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:17-cv-943(AJT/TCB) |

## ORDER

This matter is before the Court on Defendants' Motion to Strike the Seven Additional Plaintiffs, or Alternatively, to Sever Those Claims [Doc. No. 28] (the "Motion). On December 22, 2017, the Court held a hearing on the Motion. Upon consideration of the Motion, the memoranda of law in support of thereof and in opposition thereto, the arguments of counsel, and for the reasons stated in open court during December 22, 2017 hearing, it is hereby

ORDERED that Defendants' Motion to Strike the Seven Additional Plaintiffs, or Alternatively, to Sever Those Claims [Doc. No. 28] be, and the same hereby is DENIED without prejudice to any future motions to sever claims for trial or in limine evidentiary motions.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 22, 2017