IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MYNOR ABDIEL TUN-COS, *et al.* | ) |
| Plaintiffs, | ) |
| *v.* | ) Civil Action No. 1:17-cv-943 |
| B. PERROTTE, *et al.*, | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO EXCEED PAGE LIMITATIONS**

Under Local Civil Rule 7(F)(3), Defendants B. Perrotte, T. Osborne, D. Hun Yim, P. Manneh, and A. Nichols, through their undersigned counsel, respectfully move this Court for leave to file a thirty-seven (37) page memorandum in support of their motion to dismiss Plaintiffs' First Amended Complaint. Counsel for Plaintiffs does not object to the relief sought through this motion. As support for this motion, Defendants state as follows:

1. On August 23, 2017, Plaintiffs Tun-Cos and Saput filed a complaint against Defendants regarding a United States Immigration and Customs Enforcement (ICE) operation on February 17, 2017, in Annandale, Virginia. Dkt. #1.

2. On November 6, 2017, Defendants filed a motion to dismiss those claims under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Dkt. #19. Defendants' supporting memorandum was within the thirty-page local rule limit. Dkt. #20.

3. On November 16, 2017, Plaintiffs amended their complaint by adding seven new Plaintiffs who raised allegations regarding a wholly separate incident on February 8, 2017, in Arlington, Virginia. Dkt. #25.

4. The factual basis for the seven newly added Plaintiffs' claims is entirely different than the factual basis for the original two Plaintiffs' claims in that the two sets of claims involve separate incidents.

5. In light of the addition of the seven new Plaintiffs, whose claims are based on a different set of factual circumstances than the original two Plaintiffs, Defendants are requesting seven additional pages to address those newly added claims, for a total of thirty-seven (37) pages.

6. Plaintiffs' counsel does not oppose this request.

7. Under Local Civil Rule 7(F)(3), "for good cause shown in advance of filing," parties' briefs may exceed thirty pages.

8. The circumstances described above present "good cause" for Defendants' request.

9. A proposed order has been tendered for the convenience of the Court.

DATED this 2nd day of January, 2018.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

DANA J. BOENTE
United States Attorney
Eastern District of Virginia

C. SALVATORE D'ALESSIO, Jr.
Acting Director, Torts Branch

MARY HAMPTON MASON
Senior Trial Counsel

     /s/
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov

Paul E. Werner
Trial Attorney
Civil Division, Torts Branch
P.O. Box 7146 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4152
Fax: (202) 616-4134
E-Mail: paul.werner@usdoj.gov

Attorneys for the Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to:

Simon Y. Sandoval-Moshenberg
VA Bar No. 77110
Nicholas Marritz
VA Bar No. 89795
Legal Justice Aid Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: (703) 720-5605
E-Mail: simon@justice4all.org; nicholas@justice4all.org

Daniel E. Johnson
VA Bar No. 88696
Mark H. Lynch (*pro hac vice*)
Jose E. Arvelo (*pro hac vice*)
Brandon H. Johnson (*pro hac vice*)
Daniel T. Grant (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5224
E-Mail: dejohnson@cov.com

/s/
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov