IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MYNOR ABDIEL TUN-COS, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| *v.* | ) | Civil Action No. 1:17-cv-943 |
| | ) | |
| B. PERROTTE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER** **(proposed)**

Having reviewed the Defendants' Unopposed Motion for Additional Pages to File Their Motion To Dismiss the First Amended Complaint, it is hereby

ORDERED that the Defendants' motion is GRANTED.

It is FURTHER ORDERED that Defendants shall have seven additional pages to file their memorandum in support of their Motion To Dismiss the First Amended Complaint.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE