IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MYNOR ABDIEL TUN-COS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| *v.* ) | Civil Action No. 1:17-cv-943 |
| ) | |
| B. PERROTTE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION TO DISMISS THE**
**<u>FIRST AMENDED COMPLAINT</u>**

Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants B. Perrotte, T. Osborne, D. Hun Yim, P. Manneh, and A. Nichols move this Court to dismiss Plaintiffs Mynor Abdiel Tun-Cos, Jose Pajarito Saput, Luis Velasquez Perdomo, Pedro Velasquez Perdomo, Germán Velasquez Perdomo, Eder Aguilar Aritas, Eduardo Montano Fernández, Nelson Callejas Peña, and José Cárcamo's claims against them because this Court lacks subject matter jurisdiction over those claims, and because Plaintiffs have failed to state a claim upon which relief may be granted. This motion is based on the accompanying memorandum. A proposed order is attached.

DATED this 2nd day of January, 2018.

          Respectfully submitted,

          CHAD A. READLER
          Acting Assistant Attorney General
          Civil Division

          DANA J. BOENTE
          United States Attorney
          Eastern District of Virginia

          C. SALVATORE D'ALESSIO, Jr.
          Acting Director, Torts Branch

          MARY HAMPTON MASON
          Senior Trial Counsel

              /s/
          DENNIS C. BARGHAAN, JR.
          Deputy Chief, Civil Division
          Assistant U.S. Attorney
          2100 Jamieson Avenue
          Alexandria, Virginia 22314
          Telephone: (703) 299-3891
          Fax: (703) 299-3983
          E-Mail: dennis.barghaan@usdoj.gov

          Paul E. Werner
          Trial Attorney
          Civil Division, Torts Branch
          P.O. Box 7146 Ben Franklin Station
          Washington, D.C. 20044
          Telephone: (202) 616-4152
          Fax: (202) 616-4134
          E-Mail: paul.werner@usdoj.gov

          Attorneys for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to:

Simon Y. Sandoval-Moshenberg
VA Bar No. 77110
Nicholas Marritz
VA Bar No. 89795
Legal Justice Aid Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: (703) 720-5605
E-Mail: simon@justice4all.org; nicholas@justice4all.org

Daniel E. Johnson
VA Bar No. 88696
Mark H. Lynch (*pro hac vice*)
Jose E. Arvelo (*pro hac vice*)
Brandon H. Johnson (*pro hac vice*)
Daniel T. Grant (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5224
E-Mail: dejohnson@cov.com

/s/
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov