IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MYNOR ABDIEL TUN-COS, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> *v.* ) <br> ) <br> B. PERROTTE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:17-cv-943 |

**<u>ORDER</u>** (proposed)

Having reviewed the Defendants' Motion to Dismiss the First Amended Complaint, and any responses thereto, it is hereby

ORDERED that the Defendants' motion is GRANTED.

It is FURTHER ORDERED that Plaintiffs' claims for relief are DISMISSED with prejudice.

Dated: _____       _____
                                                                      UNITED STATES DISTRICT JUDGE