# EXHIBIT 4

Hearing Report

Defendants' Motion to Dismiss the First Amended Complaint

*Mynor Abdiel Tun-Cos, et al. v. B. Perrotte, et al.*, No. 1:17-cv-943

EVENT : INFORMATION

████████████ - Merits ≡

██████

## Event

| | | | |
|---|---|---|---|
| Event Date | 7/12/2012  3:30 PM | Case | ██████████ |
| Last Name | Carcamo-Turcios | Modified By | zs_OCMS_Migration, Migrati |
| First Name | Jose | Immigration Judge | schmidt, paul |
| | | Government Attorney | ⬤ Fiske, Ian |

## Event Details

| | | |
|---|---|---|
| No File ☐ | Alien Due Date | Alien Original Due Date -- |
| No Show ☐ | DHS Due Date | DHS Original Due Date -- |
| Pro Se ☐ | Appeal Due Date -- | |
| Bond Include ☐ | EOIR Adjournment Party -- | |
| | EOIR Adjournment Reason -- | |

## Event Information

| | | |
|---|---|---|
| Event Type | Hearing Location | |
| Merits | -- | |
| Action | Order | Appeal Reserved |
| -- | Relief | -- |
| | Order Date | |
| | -- | |

Notes

Récurrent R───────── ──d───l── f── TPS DUS b───f─ ─── ─────── R──────── H────── N───── ─ RCR ─────

| | |
|---|---|
| Record Status | **Active** |
| **Active** | 🖫 |

EVENT : INFORMATION

██████████ - Merits ≡

Case ████

## Event

## Event Details

## Event Information

| Event Type | Hearing Location | |
|---|---|---|
| Merits | -- | |
| Action | Order | Appeal Reserved |
| -- | Relief | -- |
| | Order Date | |
| | -- | |

Notes
R/a present. AWP ████████ DHS briefly cross-examines R on criminal history. AWP ████████
AWP DHS doesn't oppose, IJ grants TPS.

| EAJA Settled | ☐ | EAJA Award Amount | -- | Party | -- |
|---|---|---|---|---|---|

**Event Time**

| Add Time | -- | Event Time | 30 minu |
|---|---|---|---|

## Record Details

| Record Status | **Active** |
|---|---|
| **Active** | |