IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MYNOR ABDIEL TUN-COS, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| *v.* | ) Civil Action No. 1:17-cv-943 <br>) |
| B. PERROTTE, *et al.*, | )<br>) |
| Defendants. | )<br>) |

### **NOTICE OF HEARING**

PLEASE TAKE NOTICE that, on January 26, 2018, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendants B. Perrotte, T. Osborne, D. Hun Yim, P. Manneh, and A. Nichols will bring on for hearing their motion to dismiss Plaintiff's amended complaint in the above-captioned action.

///

///

DATED this 2nd day of January, 2018.

                              Respectfully submitted,

                              CHAD A. READLER
Acting Assistant Attorney General
Civil Division

DANA J. BOENTE
United States Attorney
Eastern District of Virginia

C. SALVATORE D'ALESSIO, Jr.
Acting Director, Torts Branch

MARY HAMPTON MASON
Senior Trial Counsel

  /s/_____
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov

PAUL E. WERNER
Trial Attorney
Civil Division, Torts Branch
P.O. Box 7146 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4152
Fax: (202) 616-4134
E-Mail: paul.werner@usdoj.gov

Attorneys for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to:

Simon Y. Sandoval-Moshenberg
Nicholas Marritz
Legal Justice Aid Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
E-Mail: simon@justice4all.org; nicholas@justice4all.org

Daniel E. Johnson
Mark H. Lynch (*pro hac vice*)
Jose E. Arvelo (*pro hac vice*)
Brandon H. Johnson (*pro hac vice*)
Daniel T. Grant (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
E-Mail: dejohnson@cov.com

    /s/
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov