UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **MYNOR ABDIEL TUN-COS,** ) | |
| **JOSÉ PAJARITO SAPUT,** ) | |
| **LUIS VELASQUEZ PERDOMO,** ) | |
| **PEDRO VELASQUEZ PERDOMO,** ) | |
| **GERMÁN VELASQUEZ PERDOMO,** ) | |
| **EDER AGUILAR ARITAS,** ) | |
| **EDUARDO MONTAÑO FERNÁNDEZ,** ) | |
| **NELSON CALLEJAS PEÑA,** ) | |
| and ) | |
| **JOSÉ CÁRCAMO** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 1:17-cv-00943 (AJT-TCB) |
| **v.** ) | |
| ) | |
| **B. PERROTTE, T. OSBORNE, D. HUN YIM,** ) | |
| **P. MANNEH, and A. NICHOLS,** ) | |
| **ICE AGENTS** ) | |
| ) | |
| Defendants. ) | |

### **[PROPOSED] ORDER**

Having reviewed Plaintiffs' Unopposed Motion for Leave to Exceed Page Limitations, it is hereby:

ORDERED that Plaintiffs' motion is GRANTED.

It is FURTHER ORDERED that Plaintiffs shall have seven additional pages to file their memorandum in opposition to Defendants' Motion to Dismiss the First Amended Complaint.

Dated: _____                       _____
Alexandria, Virginia                                              Anthony J. Trenga
                                                                            United States District Judge