UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MYNOR ABDIEL TUN-COS, <br> JOSÉ PAJARITO SAPUT, <br> LUIS VELASQUEZ PERDOMO, <br> PEDRO VELASQUEZ PERDOMO, <br> GERMÁN VELASQUEZ PERDOMO, <br> EDER AGUILAR ARITAS, <br> EDUARDO MONTAÑO FERNÁNDEZ, <br> NELSON CALLEJAS PEÑA, <br> and <br> JOSÉ CÁRCAMO <br><br> Plaintiffs, <br><br> v. <br><br> B. PERROTTE, T. OSBORNE, D. HUN YIM, <br> P. MANNEH, and A. NICHOLS, <br> ICE AGENTS <br><br> Defendants. | Case No.: 1:17-cv-00943 (AJT-TCB) |

## ORDER

Having reviewed Plaintiffs' Unopposed Motion for Leave to Exceed Page Limitations, it is hereby:

ORDERED that Plaintiffs' motion is GRANTED.

It is FURTHER ORDERED that Plaintiffs shall have seven additional pages to file their memorandum in opposition to Defendants' Motion to Dismiss the First Amended Complaint.

Dated: Jan. 16, 2018
Alexandria, Virginia

/s/
Anthony J. Trenga
United States District Judge