# EXHIBIT ONE

