UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **MYNOR ABDIEL TUN-COS,** ) | |
| **JOSÉ PAJARITO SAPUT,** ) | |
| **LUIS VELASQUEZ PERDOMO,** ) | |
| **PEDRO VELASQUEZ PERDOMO,** ) | |
| **GERMÁN VELASQUEZ PERDOMO,** ) | |
| **EDER AGUILAR ARITAS,** ) | |
| **EDUARDO MONTANO FERNÁNDEZ,** ) | |
| **NELSON CALLEJAS PEÑA,** ) | |
| **and** ) | |
| **JOSÉ CÁRCAMO** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 1:17-cv-00943 (AJT-TCB) |
| **v.** ) | |
| ) | |
| **B. PERROTTE, T. OSBORNE, D. HUN YIM,** ) | |
| **P. MANNEH, and A. NICHOLS,** ) | |
| **ICE AGENTS** ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

It is ORDERED that Defendants' Motion to Dismiss the First Amended Complaint is

DENIED.


Dated: _____                    _____
Alexandria, Virginia                         Anthony J. Trenga
                                             United States District Judge