## ** CIVIL MOTION MINUTES **

Date: **1/26/2018**         Judge: **Trenga/JFA**
Time: **10:41 - 11:23**      Reporter: **R. Montgomery**

Civil Action Number: **1:17-cv-943**

**MYNOR ABDIEL TUN-COS, et al**

**V.**

**B. PERROTTE, et al**

Appearances of Counsel for Plaintiff and Defendant

Motion to/for:
Motion to Dismiss for Lack of Jurisdiction, Motion to Dismiss for Failure to State a Claim [38] by deft.'s

Argued &
( ) Granted     ( ) Denied     ( ) Granted in part/Denied in part
(**X**) Taken Under Advisement     ( ) Continued to

(**X**) Order to Follow

Pltf.: Hallie Ryan                    Deft.: Dennis Barghaan, Jr.
       Daniel Johnson                        Paul Warner