UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **MYNOR ABDIEL TUN-COS, et al.** ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 1:17-cv-00943 (AJT-TCB) |
| v. ) | |
| ) | |
| **B. PERROTTE, et al.** ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION TO DISMISS

Pursuant to Local Rule 7(F)(1), Plaintiffs Mynor Abdiel Tun-Cos, José Pajarito Saput, Luis Velasquez Perdomo, Pedro Velasquez Perdomo, Germán Velasquez Perdomo, Eder Aguilar Aritas, Eduardo Montano Fernández, Nelson Callejas Peña, and José Cárcamo, through their undersigned counsel, respectfully seek leave to file the attached Notice of Supplemental Authority Regarding Defendants' Motion to Dismiss.

The Defendants filed a motion to dismiss on January 2, 2018; Plaintiffs submitted their opposition on January 16, 2018; and the Defendants filed their reply on January 22, 2018. This Court heard oral argument on the motion to dismiss on January 26, 2018. Plaintiffs' Notice of Supplemental Authority concerns a Supreme Court decision issued yesterday, February 27, 2018. Plaintiffs seek an opportunity to inform this Court of this development, which is directly relevant to this Court's consideration of Defendants' motion to dismiss. Accordingly, we request that the Court accept for filing the attached brief Notice of Supplemental Authority.

A proposed order accompanies this motion.

Dated:  February 28, 2018

Respectfully submitted,

**COVINGTON & BURLING LLP**
By: _____//s//_____
Daniel E. Johnson (VSB No. 88696)
Mark H. Lynch (*pro hac vice*)
José E. Arvelo (*pro hac vice*)
Brandon H. Johnson (*pro hac vice*)
Daniel T. Grant (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC  20001
(202) 662-5224
dejohnson@cov.com

**LEGAL AID JUSTICE CENTER**
By: _____//s//_____
Simon Y. Sandoval-Moshenberg (VSB No. 77110)
Nicholas Marritz (VSB No. 89795)
Hallie Ryan (VSB No. 85927)
6066 Leesburg Pike, Suite 520
Falls Church, VA  22041
(703) 720-5605
simon@justice4all.org
nicholas@justice4all.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 28, 2018, the foregoing document and all attachments were served on Defendants via the CM/ECF System to: Dennis C. Barghaan, Jr., Deputy Chief, Civil Division, Assistant U.S. Attorney, 2100 Jamieson Avenue, Alexandria, VA 22314; e-mail: dennis.barghaan@usdoj.gov.

**COVINGTON & BURLING LLP**
By: _____//s//_____
Daniel E. Johnson (VSB No. 88696)

One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5224
dejohnson@cov.com

3