UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **MYNOR ABDIEL TUN-COS, et al.** ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 1:17-cv-00943 (AJT-TCB) |
| **v.** ) | |
| ) | |
| **B. PERROTTE, et al.** ) | |
| ) | |
| Defendants. ) | |

### [Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION TO DISMISS

Upon consideration of Plaintiffs' Motion for Leave to File Notice of Supplemental Authority Regarding Defendants' Motion to Dismiss, and for good cause shown, it is hereby ORDERED that Plaintiffs are granted leave of Court to file their Notice of Supplemental Authority Regarding Defendants' Motion to Dismiss.

_____

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
_____, 2018