UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **MYNOR ABDIEL TUN-COS, et al.** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 1:17-cv-00943 (AJT-TCB) |
| **v.** | ) | |
| | ) | |
| **B. PERROTTE, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WAIVER OF ORAL ARGUMENT

Pursuant to Local Rule 7(E), Plaintiffs Mynor Abdiel Tun-Cos, José Pajarito Saput, Luis

Velasquez Perdomo, Pedro Velasquez Perdomo, Germán Velasquez Perdomo, Eder Aguilar

Aritas, Eduardo Montano Fernández, Nelson Callejas Peña, and José Cárcamo, through their

undersigned counsel, waive oral argument on their Motion for Leave to File a Notice of

Supplemental Authority, ECF 47.

Counsel for Defendants has advised that, while Defendants do not agree with the

substance of the Notice of Supplemental Authority, they do not oppose the filing of the Notice.

Counsel for Defendants indicated that they intend to file a response to the Notice.

Dated:  March 2, 2018

Respectfully submitted,

**COVINGTON & BURLING LLP**
By: _____/s/_____
Daniel E. Johnson (VSB No. 88696)
Mark H. Lynch (*pro hac vice*)
José E. Arvelo (*pro hac vice*)
Brandon H. Johnson (*pro hac vice*)
Daniel T. Grant (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC  20001
(202) 662-5224
dejohnson@cov.com

**LEGAL AID JUSTICE CENTER**
By: _____/s/_____
Simon Y. Sandoval-Moshenberg (VSB No. 77110)
Nicholas Marritz (VSB No. 89795)
Hallie Ryan (VSB No. 85927)
6066 Leesburg Pike, Suite 520
Falls Church, VA  22041
(703) 720-5605
simon@justice4all.org
nicholas@justice4all.org

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 2 2018, I will electronically file the foregoing with the Clerk

of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the

following:

Dennis C. Barghaan, Jr.
Deputy Chief, Civil Division, Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
E-mail: dennis.barghaan@usdoj.gov

Paul Werner
Trial Attorney
Civil Division, Torts Branch
P.O. Boz 7146 Ben Franklin Station
Washington, DC  20044
E-mail: paul.werner@usdoj.gov

**COVINGTON & BURLING LLP**

By: _____/s/_____
Daniel E. Johnson (VSB No. 88696)
One CityCenter
850 Tenth Street, NW
Washington, DC  20001
(202) 662-5224
dejohnson@cov.com