IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MYNOR ABDIEL TUN-COS, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| *v.* | ) | Civil Action No. 1:17-cv-943 |
| | ) | |
| B. PERROTTE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER** (proposed)

Having reviewed the Defendants' Emergent Motion to Stay Proceedings Pending

Defendants' Appeal of This Court's April 5, 2018 Order and Memorandum in Support, and any

responses thereto, it is hereby

ORDERED that the Defendants' emergent motion is GRANTED.

It is FURTHER ORDERED that all pretrial proceedings are hereby STAYED until the

earlier of June 4, 2018, or until Defendants file a timely notice of appeal to the Fourth Circuit.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE