IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MYNOR ABDIEL TUN-COS, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> *v.* ) <br> ) <br> B. PERROTTE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:17-cv-943 |

**NOTICE REGARDING SUBMISSION OF DEFENDANTS' EMERGENT MOTION TO STAY PROCEEDINGS PENDING DEFENDANTS' APPEAL OF THIS COURT'S <u>APRIL 5, 2018 ORDER</u>**

Defendants, through their undersigned counsel, hereby respectfully submit their Emergent Motion to Stay Proceedings Pending Defendants' Appeal of this Court's April 5, 2018 Order on the papers and without oral argument.

///

///

DATED this 16th day of April, 2018.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

TRACY DOHERTY-McCORMICK
Acting United States Attorney
Eastern District of Virginia

C. SALVATORE D'ALESSIO, Jr.
Acting Director, Torts Branch

MARY HAMPTON MASON
Senior Trial Counsel

_____/s/_____
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov

Paul E. Werner
Trial Attorney
Civil Division, Torts Branch
P.O. Box 7146 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4152
Fax: (202) 616-4134
E-Mail: paul.werner@usdoj.gov

Attorneys for the Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to:

Simon Y. Sandoval-Moshenberg
VA Bar No. 77110
Nicholas Marritz
VA Bar No. 89795
Legal Justice Aid Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: (703) 720-5605
E-Mail: simon@justice4all.org; nicholas@justice4all.org

Daniel E. Johnson
VA Bar No. 88696
Mark H. Lynch (*pro hac vice*)
Jose E. Arvelo (*pro hac vice*)
Brandon H. Johnson (*pro hac vice*)
Daniel T. Grant (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5224
E-Mail: dejohnson@cov.com

                                                  /s/
                                    DENNIS C. BARGHAAN, JR.
                                    Deputy Chief, Civil Division
                                    Assistant U.S. Attorney
                                    2100 Jamieson Avenue
                                    Alexandria, Virginia 22314
                                    Telephone: (703) 299-3891
                                    Fax: (703) 299-3983
                                    E-Mail: dennis.barghaan@usdoj.gov