UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **MYNOR ABDIEL TUN-COS, et al.**       )<br>                                                              )<br>                                                              )<br>              Plaintiffs,                          )<br>                                                              )   Case No.: 1:17-cv-00943 (AJT-TCB)<br>**v.**                                                      )<br>                                                              )<br>**B. PERROTTE, et al.**                      )<br>                                                              )<br>              Defendants.                       ) | |

### [Proposed] ORDER

Upon consideration of Defendants' Emergent Motion to Stay Proceedings Pending Defendants' Appeal of this Court's April 5, 2018 Order, and Plaintiffs' Opposition thereto, the Court is of the opinion that the Motion should be denied.

It is therefore ORDERED that the Motion is DENIED.

Dated: _____                    _____
Alexandria, Virginia                                         Anthony J. Trenga
                                                                         United States District Judge

DC: 6701787-1