UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MYNOR ABDIEL TUN-COS, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| *v.* | ) | Civil Action No. 1:17-cv-943 |
| | ) | |
| B. PERROTTE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **NOTICE OF INTERLOCUTORY APPEAL**

Pursuant to Federal Rule of Appellate Procedure 3, all Defendants hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on April 5, 2018, (Dkt. #50), denying them qualified immunity as to all the claims against them, and all other orders, holdings, or rulings merged or incorporated into that Order.

///

///

April 20, 2018                              Respectfully submitted,

                                           CHAD A. READLER
                                           Acting Assistant Attorney General
                                           Civil Division

                                           TRACY DOHERTY-McCORMICK
                                           Acting United States Attorney
                                           Eastern District of Virginia

                                           C. SALVATORE D'ALESSIO, Jr.
                                           Acting Director, Torts Branch

                                           MARY HAMPTON MASON
                                           Senior Trial Counsel

                                           _____/s/_____
                                           DENNIS C. BARGHAAN, JR.
                                           Deputy Chief, Civil Division
                                           Assistant U.S. Attorney
                                           2100 Jamieson Avenue
                                           Alexandria, Virginia 22314
                                           Telephone: (703) 299-3891
                                           Fax: (703) 299-3983
                                           E-Mail: dennis.barghaan@usdoj.gov

                                           Paul E. Werner
                                           Trial Attorney
                                           Civil Division, Torts Branch
                                           P.O. Box 7146 Ben Franklin Station
                                           Washington, D.C. 20044
                                           Telephone: (202) 616-4152
                                           Fax: (202) 616-4134
                                           E-Mail: paul.werner@usdoj.gov

                                           Attorneys for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2018, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which will send notification of this filing to:

Simon Y. Sandoval-Moshenberg
VA Bar No. 77110
Nicholas Marritz
VA Bar No. 89795
Legal Justice Aid Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: (703) 720-5605
E-Mail: simon@justice4all.org; nicholas@justice4all.org

Daniel E. Johnson
VA Bar No. 88696
Mark H. Lynch (*pro hac vice*)
Jose E. Arvelo (*pro hac vice*)
Brandon H. Johnson (*pro hac vice*)
Daniel T. Grant (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5224
E-Mail: dejohnson@cov.com


                                    /s/
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov