IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MYNOR ABDIEL TUN-COS, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-cv-943(AJT/TCB) |
| | ) | |
| B. PERROTTE, *et al.* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

On April 16, 2018, Defendants filed an Emergency Motion to Stay Proceedings Pending

Defendants' Appeal of this Court's April 5, 2018 Order [Doc. No. 52] in which they seek a stay

of the action until the earlier of June 4, 2018 or the filing of a notice of the appeal with the

Fourth Circuit. Defendants filed a notice of appeal on April 20, 2018. [Doc. No. 57]. In light of

Defendants' notice of appeal, it is hereby

ORDERED that Defendants' Emergency Motion to Stay Proceedings Pending

Defendants' Appeal of this Court's April 5, 2018 Order [Doc. No. 52] be, and the same hereby

is, DENIED as moot; and it is further

ORDERED that this action be, and the same hereby is, STAYED pending the outcome of

the appeal to the Fourth Circuit.

The Clerk is directed to place this matter on the inactive docket and to forward a copy of

this Order to all counsel of record.

/s/

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 24, 2018