UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1451
(1:17-cv-00943-AJT-TCB)

_____

MYNOR ABDIEL TUN-COS; JOSE' PAJARITO SAPUT; LUIS VELASQUEZ
PERDOMO; EDER AGUILAR ARITAS; EDUARDO MONTANO FERNANDEZ;
PEDRO VELASQUEZ PERDOMO; JOSE CARCAMO; NELSON CALLEJAS
PENA; GERMAN VELASQUEZ PERDOMO

        Plaintiffs - Appellees

v.

B. PERROTTE, ICE Agent; T. OSBORNE, ICE Agent; D. HUN YIM, ICE Agent; P.
MANNEH, ICE Agent; A. NICHOLS, ICE Agent

        Defendants - Appellants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:17-cv-00943-AJT-TCB |
| Date notice of appeal filed in originating court: | 04/20/2018 |
| Appellant (s) | Mynor Tun-Cos |
| Appellate Case Number | 18-1451 |
| Case Manager | Rickie Edwards 804-916-2702 |